UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JODY JENSEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:06-CV-842 (CEJ) |
| | ) | |
| AT&T CORPORATION and | ) | |
| METROPOLITAN LIFE INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on plaintiff's application for a brief stay. On December 4, 2006, an arbitrator found in favor of plaintiff in her grievance proceedings and directed defendant AT&T Corporation to reinstate her employment with full back pay and benefits. Plaintiff requests a stay while the parties consider the impact of this award on plaintiff's claims.

Presently pending are defendants' motions to dismiss plaintiff's claims under the Missouri Human Rights Act as time-barred. Defendant Metropolitan Life Insurance Company additionally moves to dismiss plaintiff's claim for emotional distress, arguing that the claim is preempted by the Employee Retirement Income Security Act (ERISA). These motions are fully briefed and ready for ruling. In her application for stay, plaintiff indicates that she may amend her complaint to add an ERISA claim.

The Court will grant a brief stay of the proceedings in the case. Any motion for leave to amend the complaint must be

submitted, with the proposed amendment attached, after conclusion of the stay period.

Accordingly,

**IT IS HEREBY ORDERED** that this matter is stayed until **February 3, 2007.**

**IT IS FURTHER ORDERED** that any motion for leave to amend the complaint shall be filed, with the proposed amendment attached, not later than **February 5, 2007.**

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of January, 2007.