UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JODY JENSEN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:06-CV-842 (CEJ) |
| AT&T CORPORATION and METROPOLITAN LIFE INSURANCE COMPANY, | ) ) ) ) ) |
| Defendants. | ) |

### ORDER

**IT IS HEREBY ORDERED** that plaintiff's motion for extension of time until **April 10, 2007**, to file a response to defendants' motions to dismiss [#37] is **granted**.

**IT IS FURTHER ORDERED** that plaintiff is granted until **April 10, 2007**, to file a motion for leave to amend her complaint. The proposed amended complaint must be attached to the motion for leave.

CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 19th day of March, 2007.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com